No. 07-16-00153-CR

| | | |
|---|---|---|
| Phillip Andrew Rodriguez a/k/a Phillip Rodriguez<br>  Appellant | §<br><br>§ | From the Criminal District Court<br>Number Two of Tarrant County<br><br>September 22, 2016 |
| v. | § | |
| | | Opinion by Justice Pirtle |
| The State of Texas<br>  Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 22, 2016, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o